UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JENISE ANGELES, *on behalf of herself and all others similarly situated*,

                Plaintiff,

       -v-

BAHAMA BUCK'S FRANCHISE CORPORATION,

                Defendant.
-----------------------------------------------------------------------X

20-CV-8804 (JPC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that all deadlines in this case are adjourned *sine die*, and that the parties shall submit a joint letter regarding the status of settlement discussions by January 29, 2021. If this case has been settled or otherwise terminated, counsel are not required to submit such letter provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19, *available at* http://nysd.uscourts.gov/ecf_filing.php.

      SO ORDERED.

Dated: December 1, 2020
       New York, New York

                                             _____
                                               JOHN P. CRONAN
                                           United States District Judge