UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

BAHAMA BUCK'S FRANCHISE CORPORATION

    Defendant.

                                                     /

CASE NO.: 1:20-cv-8804

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Bahama Buck's Franchise Corporation that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Bahama Buck's Franchise Corporation shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: January 19, 2021

Respectfully Submitted,

/s/Mark Rozenberg
Mark Rozenberg Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
mrozenberg@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

In light of Plaintiff's dismissal with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Date:   January 20, 2021
        New York, New York

JOHN P. CRONAN
United States District Judge